denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron* and *Mr. M. W. Acheson, Jr.,* for respondent.

---

No. 604. A. C. ROBINSON, TRUSTEE, ETC., *v.* EDWARD W. HUTCHINS ET AL., TRUSTEES, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron,* and *Mr. M. W. Acheson, Jr.,* for respondents.

---

No. 605. GRAND TRUNK RAILWAY COMPANY OF CANADA *v.* MT. CLEMENS SUGAR COMPANY. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Harrison Geer* for petitioner. *Mr. Thomas A. E. Weadock* and *Mr. John C. Weadock* for respondent.

---

No. 610. PAUL WIERSE ET AL. *v.* UNITED STATES. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frank J. Hogan* for petitioner. No brief for the United States.

---

No. 612. R. McCULLOCH DICK *v.* ANTON HOHMANN, ACTING CHIEF OF POLICE OF MANILA. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. W. A. Kincaid, Mr.*